UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EMMIT LEE GROCE, JR.,

Plaintiff,

v.

Case No. 26-cv-0470-bhl

MILWAUKEE COUNTY COURTHOUSE and
JUDGE JOSEPH WALL,

Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 23, 2026, Plaintiff Emmit Lee Groce, Jr., filed a pro se prisoner complaint alleging that his due process rights were violated on November 3, 2020, by Milwaukee County Circuit Court Judge Joseph Wall when he ordered a mistrial while Groce was outside the courtroom. Dkt. No. 1. On September 2, 2026, Magistrate Judge Nancy Joseph recommended dismissing the case. Magistrate Judge Joseph noted that the Milwaukee County Courthouse, which Groce names as a Defendant, is not a "person" that can be sued under 42 U.S.C. §1983. She also explained that Judge Wall enjoys absolute immunity from suit for any action taken within his jurisdiction and power. Dkt. No. 12 at 5 (citing *Polzin v. Gage*, 636 F.3d 834, 838 (7th Cir. 2011)). Magistrate Judge Joseph therefore recommended that the case be dismissed and that Groce be assessed a "strike" consistent with 28 U.S.C. §1915(g).

Pursuant to General L. R. 72(c), 28 U.S.C. §636(b)(1)(B) and (C), and Fed. R. Civ. P. 72(b)(2), Groce had until September 16, 2026, to file and serve written objections to Magistrate Judge Joseph's Report and Recommendation. Groce did not object to the recommendation. Accordingly, the Court's review is limited, and the Report and Recommendation can be rejected or modified only if it is "clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A). The Court has reviewed the record and relevant law, and it supports Judge Joseph's recommendation. Therefore, the Court will adopt Magistrate Judge Joseph's Report and Recommendation and will dismiss the case because Groce fails to state a claim against the Milwaukee County Courthouse

and because his claim against Judge Wall is frivolous. Describing the claim against Judge Wall as frivolous does not mean the claim is silly or laughable as the word implies but only that long-established precedent forecloses the claim so the Court can reject it summarily. *See United States v. Bey*, 748 F.3d 774, 776 (7th Cir. 2014). Like Magistrate Judge Joseph, the Court concludes that allowing Groce to amend the complaint would be futile because Groce's allegations are sufficiently detailed and the law applicable to Groce's purported claims is settled.

**IT IS THEREFORE ORDERED** that Magistrate Judge Joseph's Report and Recommendation (Dkt. No. 12) is **ADOPTED** and this case is **DISMISSED** based on Groce's failure to state a claim against the Milwaukee County Courthouse and because Groce's claim against Judge Wall is frivolous.

**IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin on September 21, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge